UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | DOCKET NO. 3:22-CR-9(TES) |
| **GARY LEE HENSON,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER TO DISMISS INDICTMENT

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Gary Lee Henson pursuant to Federal Rule of Criminal Procedure 48(a) due to the death of the Defendant. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1 and hereby ORDERS that the pending Indictment against Defendant Gary Lee Henson be DISMISSED.

**SO ORDERED**, this  18th  day of December, 2023.


  s/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**